UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARC NORFLEET,

    Plaintiff,

v.

VIPIN SHAH, *et al.*,

    Defendants.

Case No. 14-cv-1408-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Marc Norfleet's "Rule 72 Objection" (Doc. 64) to the Court's July 8, 2015, order denying him leave to proceed *in forma pauperis* on appeal (Doc. 61). Rule 72 provides only for objections to a magistrate judge's order, not to a district court's order, and is therefore inapplicable. For this reason, the Court **STRIKES** the filing (Doc. 64). Should Norfleet want further consideration of his request for *in forma pauperis* status on appeal, he may apply to the Court of Appeals for the Seventh Circuit. *See* Fed. R. App. P. 24(a)(5).

The Court further **STRIKES** Norfleet's second "Motion for Partial Judgment Dismissal and/or Dismissal of Amended Complaint With Prejudice" (Doc. 63), which is duplicative of a prior identical motion (Doc. 60). The Court will address Norfleet's request following a response from the defendants or the expiration of the 30-day response period set forth in Local Rule 7.1(c).

The Court **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals for use in conjunction with Appeal No. 15-2401.

**IT IS SO ORDERED.**
**DATED:  July 22, 2015**

                                         s/ J. Phil Gilbert
                                         **J. PHIL GILBERT**
                                         **DISTRICT JUDGE**